**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 24–03945–hb                                    Chapter: 7

**In re:**

Upstate Craft Beer, LLC
dba Eighth State Brewing Company

| Entered By The Court 11/18/24 | **ORDER EXTENDING TIME TO FILE SCHEDULES, STATEMENTS, PLAN AND DOCUMENTS** | **Filed By The Court** 11/18/24 Lauren T Maxwell Clerk of Court US Bankruptcy Court |

Before the Court is the motion of the debtor(s) for an extension of time to file with the Court certain schedules, statements or other documents specified in the motion.

Upon consideration, the motion is granted and the debtor(s) is/are granted an extension of time until **the earlier of** –

1.   five (5) business days before the first date set for the § 341 Meeting of Creditors;

2.   two (2) business days before any hearing on a motion to extend or impose the automatic stay; **OR**

3.   11/29/2024;

to file the schedules, statements, and/or other documents (including, in a chapter 13 case, the plan) as requested in the motion. Failure to file these documents by the new deadline may result in the dismissal of this case without further notice or hearing.

**IT IS SO ORDERED.**

Helen E. Burris
Chief United States Bankruptcy Judge