**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 24−03945−hb     Chapter: 7

**In re:**

Upstate Craft Beer, LLC
dba Eighth State Brewing Company

**DEFICIENCY NOTICE**

| **Filed By The Court** |
| --- |
| **12/2/24** |
| **Lauren T Maxwell** |
| **Clerk of Court** |
| **US Bankruptcy Court** |

To: TWC Services, Inc.

You have submitted to the Court for filing a document, proof of claim, claim 4, which was received on 11/29/2024. The proof of claim, claim 4 is deficient for the following reason(s):

☐ The filing fee has not been paid (28 U.S.C. § 1930 and the Appendix thereto).

☑ No signature (written or conformed (shown by "/s/ John Doe")).

☐ Electronic event and image do not match. Explanation:

☐ Improper or no linkage of document. Explanation:

☐ No B121 Form (Your Statement About Your Social Security Number).

☐ The motion which should be noticed passively has not met all of the requirements of SC LBR 9013−4. Explanation:

☐ Statement of Monthly Income and Means Test Calculation not in accordance with Fed. R. Bankr. P. 1007.

☐ Filing not in accordance with official forms.

☐ Motion to Avoid Lien/Judicial Lien not in compliance with Court procedures. Please see CM/ECF Participant's Guide for Motion to Avoid Lien – Without Passive Hearing Notice.

☑ Other: **no signature on the proof of claim, handwritten/signed signature required.**

Please cure the deficiency by **December 12, 2024**.

Upon failure to cure, the Court may enter an order striking the document, dismissing the case/adversary proceeding, or providing other adverse ruling without further notice or hearing.

Lauren T Maxwell
Clerk of Court
United States Bankruptcy Court

By:  K Ting, Deputy Clerk
1100 Laurel Street
Columbia, SC 29201−2423
(803) 765−5436

United States Bankruptcy Court

District of South Carolina

| | |
|---|---|
| In re: | Case No. 24-03945-hb |
| Upstate Craft Beer, LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0420-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 02, 2024 | Form ID: 320jwBNC | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 544462473 | + Email/Text: naomi.boes@waldinger.com | Dec 02 2024 21:19:00 | TWC Services, Inc., 6200 Scout Trail, Des Moines, IA 50321-1602 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carter R. Massingill | on behalf of Creditor 400 Augusta Street Investors  LLC cmassingill@gwblawfirm.com |
| Jason Michael Ward | on behalf of Debtor Upstate Craft Beer  LLC jason@wardlawsc.com, R65793@notify.bestcase.com;ward.jasonr100604@notify.bestcase.com;sandy@wardlawsc.com;stacy@wardlawsc.com;jasmine@wardlawsc.com |
| John K Fort | trustee863@gmail.com SC01@ecfcbis.com |
| US Trustee's Office | USTPRegion04.CO.ECF@usdoj.gov |

District/off: 0420-6 User: admin Page 2 of 2
Date Rcvd: Dec 02, 2024 Form ID: 320jwBNC Total Noticed: 1
TOTAL: 4